AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

FRANKIE LEWIS, a/k/a FRANK SARGENT, FRANK EDWIN SUNDANCE SARGENT, FRANKIE SUNDANCE LEWIS),

Plaintiff,

v.

MRS. MARCINKOWSKI and MRS. BORROMEO,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-5132-CI

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED case is DISMISSED without prejudice.

October 31, 2011
*Date*

JAMES R. LARSEN
*Clerk*

s/ Renea Ferrante
*(By) Deputy Clerk*

Renea Ferrante